Jacob Hoshkowitz, Respondent, v. Samuel Sargoy and Others, Appellants.— Motion to dismiss appeal granted, with costs, unless the appeal is perfected and the case placed on the next calendar of this court for argument. On compliance the motion is denied, without costs. Present — Hirschberg, P. J., Woodward, Burr, Thomas and Rich, JJ.

In the Matter of the Mortgage, Lease or Sale of the Real Property of Martha Lauraine Catlin, Deceased, for the Payment of Her Debts.— Motion to dismiss appeal granted, with costs, unless the appeal is perfected and the case placed on the next calendar of this court for argument. On compliance the motion is denied, without costs. Present — Hirschberg, P. J., Woodward, Burr, Thomas and Rich, JJ.

In the Matter of the Application of The City of New York Relative to Acquiring Title, etc., to the Lands, etc., Required for an Approach to the Blackwell's Island Bridge, etc. Rozy Horel, Petitioner.— Motion to direct the comptroller to pay award granted. Present — Hirschberg, P. J., Woodward, Burr, Thomas and Rich, JJ.

In the Matter of the Judicial Settlement of the Account of Percy Hinchman, as Administrator, etc.— Motion granted on condition that the appellants pay ten dollars costs, perfect the appeal, put the case on the next calendar of this court and be ready for argument when reached. Present — Woodward, Jenks, Thomas, Rich and Carr, JJ.

In the Matter of the Application of Miriam E. Lyttle for Payment of Award, Damage No. 61, in the Matter of Acquiring Title to Blackwell's Island Bridge, etc.— Motion for a direction for payment of moneys deposited with the city chamberlain granted, without costs. Present — Hirschberg, P. J., Woodward, Burr, Thomas and Rich, JJ.

In the Matter of the Probate of the Last Will and Testament of Sara A. McCarty, Deceased.— Motion to dismiss appeal denied, and permission to file an undertaking as provided by section 1303 of the Code of Civil Procedure granted. Present — Woodward, Jenks, Thomas, Rich and Carr, JJ.

In the Matter of the Application of Franklin P. Roberge-for Payment of Award Made for Damage No. 2 in the Proceeding Entitled In the Matter of Acquiring Title by the City of New York to Certain Lands and Premises Situated on the Southerly Side of Maurice Avenue and Carroll Place in the City of New York in the Borough of Queens.— Motion granted, without costs, and order signed. Present — Hirschberg, P. J., Woodward, Burr, Thomas and Rich, JJ.

In the Matter of James Taylor, an Attorney.— Motion for commission to take testimony on interrogatories granted. Present — Hirschberg, P. J., Woodward, Burr, Thomas and Rich, JJ. Settle order before Thomas, J.

Josephine P. Jessup and Others, Appellants, v. The Witherbee Real Estate and Improvement Company, Respondent.— Motion to dismiss appeal granted, with costs, without prejudice to the right of the appellants to move for restoration of the case on proof of merit in the appeal, and of fuller explanation of the cause of the delay prior to the sickness of counsel. Present — Hirschberg, P. J., Woodward, Burr, Thomas and Rich, JJ.